IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:19CR162 |
| --- | --- | --- |
| Plaintiff, | ) | JUDGE ADAMS |
| v. | ) | |
| LUIS HERNANDEZ-MALDONADO, | ) | |
| Defendant. | ) | |

**CONCURRENCE OF UNITED STATES**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

Based upon consideration of the applicable law and the defendant's statement, I hereby concur, on behalf of United States Immigration and Customs Enforcement, in the United States Attorney's request that a judicial order of removal be granted against the defendant.

Dated: 04/08/2019

Detroit, MI

_____
STEVE K. FRANCIS
Special Agent in Charge
United States Immigration and Customs Enforcement